IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:18cr92-MHT
                            )            (WO)
TRACY LEANARD COLEMAN, JR.  )
```

**MENTAL-HEALTH AND VOCATIONAL ASSESSMENT ORDER**

In accordance with the provisions in the judgment of conviction (doc. no. 63), it is ORDERED that, upon commencement of supervised release, defense counsel and the United States Probation Office shall:

(1) Arrange for a comprehensive mental-health evaluation of defendant Tracy Leanard Coleman, Jr., which should: (a) identify and recommend appropriate treatment for any mental illnesses, substance-abuse disorders and/or addictions, and cognitive and intellectual disabilities and/or other limitations; (b) expressly address and recommend appropriate treatment for defendant Coleman's history of domestic violence and of firearms possession (including consideration of his apparent fascination with, and possession of, guns,

despite his awareness that he cannot possess guns).

(2) File a report of the mental-health evaluation under seal with the court within 28 days of the beginning of supervision.

(3) Arrange for a comprehensive vocational assessment, to be completed and filed under seal with the court within 28 days of the beginning of supervision.

It is further ORDERED that the conditions of, and provisions for, defendant Coleman's supervised release are to remain open with regard to mental-health treatment and vocational assessment as outlined above.

It is further ORDERED that an on-the-record hearing is set for October 25, 2019, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, as to what defendant Coleman's additional conditions of, and provisions for, supervised release should be with regard to mental-health treatment and vocation training. Government counsel, defense counsel, the

supervising probation officer, and defendant Coleman are all to be present.

DONE, this the 9th day of September, 2019.

                               /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**