IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:18cr92-MHT
                            )           (WO)
TRACY LEANARD COLEMAN, JR.  )
```

ORDER

Based on the representations made on the record at a hearing on October 25, 2019, it is ORDERED as follows:

(1) By November 22, 2019, the United States Probation Office shall file a report of a vocational assessment regarding defendant Tracy Leanard Coleman.

(2) Beginning November 1, 2019, defendant Coleman shall participate in mental-health counseling at least twice per month. The court recommends that defendant Coleman receive the counseling from Dr. Kale Kirkland.

(3) In addition to the conditions described in the judgment (doc. no. 63), defendant Coleman's conditions of supervised release are amended to bar him from entering the Ridgecrest Area of Montgomery, Alabama.

(4) By November 22, 2019, defense counsel shall file with the court a confirmation that defendant Coleman is receiving his prescribed medications.

DONE, this the 25th day of October, 2019.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**