IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr92-MHT |
| | ) | (WO) |
| TRACY LEANARD COLEMAN, JR. | ) | |

ORDER

It is ORDERED that the government's motion to amend the final order of forfeiture (doc. no. 70) is denied without prejudice. The government has failed to show that it gave the required notice as to the proposed forfeiture of the ammunition.

DONE, this the 14th day of November, 2019.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE