# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18cr92-MHT |
| | ) | (WO) |
| TRACY LEANARD COLEMAN, JR. | ) | |

## AMENDED FINAL ORDER OF FORFEITURE

Before the court is the government's motion for an amended final order of forfeiture.

A December 6, 2018, final order of forfeiture (doc. no. 44) ordered defendant Tracy Leanard Coleman, Jr. to forfeit his interest in a Ruger, model SR40, .40 caliber pistol, bearing serial number 342-86635 and a Taurus, model PT140 Millennium, .40 caliber pistol, bearing serial number STC85499.

On October 5 and 8, 2018, notice of this forfeiture action was served on Elwyn Curington (doc. no. 42) and Kenneth Williams (doc. no. 41) as to the firearms. On November 22, 2019, notice of this forfeiture action was served on Kenneth Williams (doc. no. 74) and Elwyn Curington (doc. no. 75) as to the ammunition. All potential parties have been noticed, and no petitions of interest have been filed.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c). The government has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is **ORDERED** that the motion for an amended final order of forfeiture (doc. no. 76) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Ruger, model SR40, .40 caliber pistol, bearing serial number 342-86635; a Taurus, model PT140 Millennium, .40 caliber pistol, bearing serial number STC85499; 10 rounds of assorted .40 caliber ammunition; and 15 rounds of assorted .40 caliber ammunition**.

2. All right, title, and interest to the firearms and ammunition is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

SO ORDERED, this the 9th day of January, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE