IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr92-MHT |
| | ) | (WO) |
| TRACY LEANARD COLEMAN, JR. | ) | |

**ORDER**

In light of the vocational assessment (doc. no. 72), it is ORDERED that, by January 23, 2020, the probation officer shall file with the court a report as to defendant Tracy Leanard Coleman's work-related activities, including whether he has been released by his doctor to work, whether he has received job-placement assistance, whether he is receiving forklift training, whether he is working, and if so, the details of his employment.

DONE, this the 16th day of January, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**